# United States District Court
## Eastern District of California

**FILED**
Sep 12, 2022
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL COMPLAINT** |
| **V.** | 6:22-mj-0015-HBK |
| **MARIGRACE FRENCH RATHCKE** | **DOCKET NUMBER:** |

I, **Chad Andrews** Law Enforcement Park Ranger, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. In Yosemite National Park, in the Eastern District of California, **Marigrace French RATHCKE** did or was:

**Count 1:** Present in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources in violation of Title 36 Code of Federal Regulations § 2.35(c)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

**Count 2:** Simple assault, in violation of Title 18 United States Code § 113(a)(5)
**Maximum penalty: 6 months imprisonment and/or $5,000 fine**

I further state I am a commissioned Law Enforcement Officer with the National Park Service. This complaint is based on the following facts and information observed by me and or provided to me by other National Park Service Law Enforcement Rangers.

On Sunday, September 11, 2022, at about 16:13 I responded from Highway 41 and Meadowview for a Dispatch request for a welfare check of an adult female at the Wawona General Store. It was reported that the woman had come into the store wet from the rain with no shoes on and asking for help. I arrived a few minutes later but the woman had left. At about 1620 I found her walking around by the north side of the Wawona Hotel. I immediately recognized her as Marigrace RATHCKE, a local resident. She was dressed in a thin shirt and sweatpants, but no socks, and was soaking wet from the rain. As I approached, she started yelling at me though I couldn't hear what she was saying. I got out of my car and approached her on foot. She kept walking away from me and saying she didn't want help. I knew that RATHCKE had been contacted several times in the past intoxicated and wandering the neighborhood, once requiring medical attention. I thought she might be in the same condition. I continued to follow her across the lawn at Hill's Studio and eventually she stopped. I could not immediately smell the odor of alcohol, but RATHCKE was aggressively yelling at me, and I wasn't very close to her. She would be calm one minute, then

Speedy Trial Act Applies: **No**        U.S. v. **Marigrace French Rathcke**
                                                                Criminal Complaint

aggressive the next. After trying to reason with her, she continued to yell that she hadn't done anything wrong and just wanted to walk around town. She began to walk away again and so I grabbed both of her wrists to get her to stand still. I still could not tell if she was intoxicated or just angry and upset. I had just gotten her to sit on the ground when Rangers H. Edgecomb and C. Ziesemer arrived. Edgecomb knelt in front of her to talk with her and was in close proximity. She then told me she could smell the odor of alcohol on RATHCKE. RATCHKE would not answer me or Ranger Edgecomb when asked if she had been drinking. RATHCKE calmed down and Edgecomb talked her into letting her take her home. Ranger Edgecomb then placed RATHCKE in the back of her patrol vehicle.

I drove ahead of Ranger Edgecomb to RATHCKE'S residence and contacted her husband, G.W.R. He said he wasn't sure if she had been drinking but suspected she had. He said he wanted to talk to her to get her to come home. We then allowed G.W.R. to speak with RATHCKE at the door of the patrol vehicle. At one point, RATHCKE and G.W.R. were allowed to talk outside the vehicle. She then became belligerent with G.W.R., yelling at him. From my location I could not see this interaction but could hear it. Ranger Edgecomb intervened and pulled her back to the car door, and placed her in handcuffs.

Given RATHCKE'S aggressive behavior, belligerence, and the odor of alcohol, at approximately 16:59, RATHCKE was arrested for Title 36 Code of Federal Regulations 2.35(c) Presence in a park area while under the influence of alcohol or a controlled substance to a degree that may endanger oneself or another person, or damage property or park resources. She was transported to the Fresno County Jail.

After the arrest, I learned that RATHCKE had swung her arm and hand at G.W.R. while they were speaking by the car, which I couldn't see from my vantage point. At approximately 18:26 I returned to G.W.R.'s residence to inquire about it. G.W.R. confirmed that RATHCKE had struck him in the neck while we were at his residence with her. He also said that when he had first arrived home earlier in the day, RATHCKE had been belligerent and argumentative, and "wanted to start a fight". G.W.R. said that at that time, she had hit him twice, once in the left shoulder and once on his left side. I looked at his neck, but did not see any visible injuries. He said he was not injured and did not want to pursue charges.

Body Worn Camera available from Rangers Andrews, Edgecomb, and Ziesemer.

I declare under penalty of perjury the information which I have set forth above and on the face of this criminal complaint is true to the best of my knowledge.

| | |
|---|---|
| 9/12/22 | /S/*Chad Andrews* |
| Date | *Ranger:* **Chad Andrews** |
| | Law Enforcement Park Ranger |
| | Yosemite National Park, CA |

Speedy Trial Act Applies: **No**  U.S. v. **Marigrace French Rathcke**
Criminal Complaint

Sworn to before me and subscribed in my presence in Yosemite National Park, California.

Affidavit submitted by email/pdf and attested to me as true and accurate by telephone consistent with Fed.R.Crim. P. 4.1 before me this ___12th___ day of September.

09/12/2022
Date

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE